UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAYLEN C. ROSE,<br><br>Defendant | Criminal No.   21-cr-10279<br><br>Violations:<br><br>Count One: Dealing in Firearms Without a License<br>(18 U.S.C. § 922(a)(1)(A))<br><br>Counts Two and Three: Felon in Possession of a Firearm and Ammunition<br>(18 U.S.C. § 922(g)(1))<br><br>Forfeiture Allegation:<br>(18 U.S.C. § 924(d)(1); 28 U.S.C. § 2461(c)) |

## INDICTMENT

### COUNT ONE
Dealing in Firearms Without a License
(18 U.S.C. § 922(a)(1)(A))

The Grand Jury charges:

From in or around December 2020 and continuing until on or about February 5, 2021, in the District of Massachusetts and elsewhere, the defendant,

JAYLEN C. ROSE,

not being a licensed importer, manufacturer, and dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

All in violation of Title 18, United States Code, Section 922(a)(1)(A).

## COUNT TWO
Felon in Possession of Firearm and Ammunition
(18 U.S.C. § 922(g)(1))

The Grand Jury further charges:

On or about February 5, 2021, in the District of Massachusetts, and elsewhere, the defendant,

## JAYLEN C. ROSE,

knowing that he was previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm and ammunition, that is, a Taurus, Model G2C, 9mm caliber pistol, bearing serial number ABN337627, and twenty-nine rounds of 9mm caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT THREE
## Felon in Possession of Firearm and Ammunition
## (18 U.S.C. § 922(g)(1))

The Grand Jury further charges:

On or about February 5, 2021, in the District of Massachusetts, and elsewhere, the defendant,

## JAYLEN C. ROSE,

knowing that he was previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm and ammunition, that is, a FNH USA, LLC, Model FNX-40, 40 caliber pistol, bearing serial number FX2U040268, and twelve rounds of .40 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FIREARMS FORFEITURE ALLEGATION
(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

The Grand Jury further finds:

1. Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 922(g)(1), set forth in Counts One through Three, the defendant,

JAYLEN C. ROSE,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of such offense. The property to be forfeited includes, but is not limited to, the following:

   a. Taurus, Model G2C, 9mm caliber pistol, bearing serial number ABN337627;
   b. 29 rounds of 9mm ammunition; and
   c. 12 rounds of .40 caliber ammunition.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant –

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated in Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
J. MACKENZIE DUANE
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: September 16, 2021
Returned into the District Court by the Grand Jurors and filed.

/s/ Lisa Belpedio at 2:25 pm
DEPUTY CLERK