UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 1:21-cr-10279 |
| | ) |
| JAYLEN ROSE | ) |
| | ) |

### DEFENDANT'S NOTICE OF APPEAL

    Now comes, Jaylen C. Rose, defendant in the above-captioned matter, through undersigned counsel, gives his notice to appeal, pursuant to Federal Rules of Appellate Procedure 3 and 4(b), to the United States Court of Appeals for the First Circuit from the Judgment of Revocation and sentence entered by the Honorable Indira Talwani on July 11, 2025, revoking supervised release and imposing a term of imprisonment and supervised release.

    Respectfully submitted,
    JAYLEN ROSE
    By his attorney

    /s/ Claudia Lagos
    Claudia Lagos
    B.B.O. #681504
    Scully & Lagos
    10 Post Office Square
    Suite 1330
    Boston, MA  02109
    Tel: 617-307-5055

### CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 25, 2025.

1

2

                         */s/ Claudia Lagos*
                         Claudia Lagos

2